# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
DECEMBER 3, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6782

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees v. Gepperth's Meat Market, Inc. | **JUDGE CASTILLO**<br>**MAGISTRATE JUDGE ASHMAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees

| | |
|---|---|
| NAME (Type or print)<br>Sherrie E. Voyles, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS<br>122 South Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06242386 | TELEPHONE NUMBER<br>(312) 372-1646 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |