AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6782**

SUMMONS IN A CIVIL CASE

United Food and Commercial Workers
International Union-Industry Pension Fund and
its Trustees

V.

Gepperth's Meat Market, Inc.

CASE NUMBER: **JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Gepperth's Meat Market, Inc.
c/o Otto Demke
452 Stewart Avenue
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Endick, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW, Ste.450
Washington, DC 20036

Sherrie E. Voyles, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

---------------------------------
(By) DEPUTY CLERK

**December 3, 2007**
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: December 10'th, 2007 |
| NAME OF SERVER *(PRINT)*: Philip P. Ducar | TITLE: Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mr. Otto Demke, in his capacity as the President of Gepperth's Meat Market, Inc. Service was effected at 452 Stewart Ave., in Park Ridge, Ill., at 2:40 p.m., on December 10'th, 2007.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 10'th, 2007    *Philip P. Ducar*
           Date                      Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.