# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6782 | **DATE** | 1/11/2008 |
| **CASE TITLE** | United Food and Commercial Workers Int'l. Union-Industry Pension Fund, et al. Vs. Gepperth's Meat Market, Inc. | | |

**DOCKET ENTRY TEXT**

After careful review of the case docket, the Court hereby enters a default against defendant Gepperth's Meat Market, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter a specific default judgment. Status report filing date of 1/24/2008 and status hearing set for 1/29/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:07-cv-06782    Document 8    Filed 01/11/2008    Page 1 of 1

07C6782 United Food and Commercial Workers Int'l. Union-Industry Pension Fund, et al. Vs. Gepperth's Meat Market, Inc. Page 1 of 1