UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., | ) ) ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 1:07-cv-06782 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| GEPPERTH'S MEAT MARKET, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR FINAL JUDGMENT BY DEFAULT

Plaintiffs move this Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, to enter a Final Default Judgment in favor of the Plaintiffs, United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees (collectively "the Fund"), and against Defendant, Gepperth's Meat Market, Inc., and respectfully request the Court:

1.     Order Defendant, Gepperth's Meat Market, Inc., to pay the Fund the minimum amount of $910.40, representing the following amounts:

(a) Delinquent contributions in the amount of $76.98 for the month of December 2007;

(b) Liquidated damages in the amount of $15.40 on the delinquent contributions described in subparagraph (a);

1

(c) Interest assessments in the amount of $46.06 for late contributions for the months

of June 2007 through October 2007;

(d) the Fund's attorneys' fees and costs in the amount of $771.96.

2.      Order Defendant to pay the Fund any additional attorneys' fees and costs incurred

in executing the judgment;

3.      Order Defendant to pay the Fund any contributions that become delinquent during

the course of this action;

4.      Order Defendant to pay the Fund interest on the above judgment amounts at the

rate permitted by 29 U.S.C. § 1961 from the date of judgment to the date paid;

5.      Order Defendant to file complete and proper remittance reports for all periods

which Defendant is obligated to do so under agreements by which it is bound;

6.      Order Defendant to pay the Fund all monies that Defendant is obligated to pay

under its collective bargaining agreement and the governing documents of the Fund;

7.      Order Defendant to pay any additional amounts which Plaintiffs may discover is

owed, with statutory relief and penalties as provided by ERISA, 29 U.S.C. Section 1132(g)(2);

and

8.      Order that the Order and Final Judgment by Default is without prejudice to any

further claim Plaintiffs may have against Defendant.

In support of this Motion, Plaintiffs submit the attached Declarations of Mark W. Mead

and Jeffrey S. Endick.  A proposed Order and Final Judgment is attached.

2

Respectfully submitted,


/s/    Sherrie E. Voyles
Sherrie E. Voyles, Esq. (Bar No. 06242386)
JACOBS, BURNS, ORLOVE, STANTON &
HERNANDEZ
122 South Michigan Ave., Suite 1720
Chicago, IL 60603
(312) 327-3444
Attorney for Plaintiffs


84832

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., | ) ) ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 1:07-cv-06782 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| GEPPERTH'S MEAT MARKET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and of the supporting affidavits and exhibits, and following due notice to Defendant, it is hereby:

ORDERED that the motion is granted and that final judgment be entered in favor of United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees, Anthony M. Perrone, William T. McDonough, David S. Blitzstein, Brian A. Petronella, Roger Robinson, Kenneth R. Boyd, Walter B. Blake, William M. Vaughn, III, Stephen T. Brown, Robert J. Flacke, Richard A. Manka, and Richard D. Cox (collectively, the "Fund") as follows:

1. Judgment in the minimum amount of $910.40, representing at least $76.98 for delinquent contributions for the month of December 2007; $46.06 for late contributions for the months of June 2007 through October 2007; liquidated damages in the amount of $15.40; and $771.96 for attorneys' fees and costs incurred by Plaintiffs from August 6, 2007 through January 14, 2008; provided, that Plaintiffs shall have the right to seek a supplemental judgment for any

1

and all amounts that become due during pendency of this case and any additional attorneys' fees or costs incurred in the collection of contributions owed for the periods set out in this Order.

2.    Interest on the above judgment amounts at the rate permitted by 28 U.S.C. Section 1961 from the date of judgment to the date paid.

It is also hereby ORDERED that Defendant is hereby ordered to:

1.    Submit contributions due and owing at the time of entry of this Order and Final Judgment, with interest, liquidated damages, and attorneys' fees and costs pursuant to the Employee Retirement Income Security Act, 29 U.S.C. Section 1001, et seq; and

2.    Pay to the Fund all monies that Defendant is obligated to pay under its collective bargaining agreement, participation employer agreement and the governing documents of the Fund.

Since Plaintiffs have relied on information provided by Defendant or by third parties to determine the delinquency for the month of December 2007, Plaintiffs shall have the right to recover any additional unpaid principal which they may discover is owed for these months, with statutory relief and penalties as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

_____
United States District Judge

84842

2