## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al.,** ) | |
| ) | |
| ) | |
| ) | **Civil Action No.** |
| **Plaintiffs,** ) | **1:07-cv-06782** |
| ) | |
| v. ) | **Judge Castillo** |
| ) | |
| **GEPPERTH'S MEAT MARKET, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DECLARATION OF JEFFREY S. ENDICK

I, Jeffrey S. Endick, pursuant to 28 U.S.C. § 1746, declare:

1.      I am an attorney admitted to practice in the State of New York and the District of Columbia.

2.      I received my J.D. degree in 1981 from Cornell University School of Law.

3.      I am presently practicing law as a principal with the firm of Slevin & Hart, P.C. (the "Firm"). The Firm is engaged primarily in the practice of employee benefits law and related areas of law.

4.      The Firm is co-counsel to the United Food and Commercial Workers International Union-Industry Pension Fund ("Fund"). The Firm is asked by the Trustees of the Fund to collect delinquent contributions owed to the Fund pursuant to agreements between locals affiliated with the United Food and Commercial Workers International Union and participating employers.

1

5.     I have been assisted in this matter by Sherry Leung and Jill Dvareckas, legal assistants with the Firm. The regular hourly rate charged by the Firm for my time for legal services provided to the Fund is $315.00. The regular hourly rate charged by the Firm for Ms. Leung's and Ms. Dvareckas' time is $125.00.

6.     I have reviewed the time and billing records of Slevin & Hart, P.C. and those of Jacobs, Burns, Orlove, Stanton & Hernandez in connection with this proceeding and the attorneys' fees and costs incurred in this action are $771.96.

7.     The Plaintiffs' claim against Defendant is for the minimum amount of $910.40, representing delinquent contributions, interest assessments for late contributions, liquidated damages, and attorneys' fees and costs as set forth above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of January 2008, at Washington, D.C.

Jeffrey S. Endick, Esq.

84843

2