**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> GEPPERTH'S MEAT MARKET, INC. <br><br>         Defendants. | Judge Castillo <br> Case No. 07 C 6782 |

## NOTICE OF MOTION

To: Gepperth's Meat Market
c/o Otto Demke
452 Stewart Avenue
Park Ridge, IL 60068

**PLEASE TAKE NOTICE** that on January 31, 2008, at 9:45 AM, I shall appear before the Honorable Ruben Castillo of the Northern District of Illinois, Eastern Division, in his courtroom located at 219 South Dearborn Street, Room 1203, Chicago, Illinois, and then and there present the Plaintiffs' Motion for Final Default Judgment and supporting documents, copies of which has been served upon you.

                                    s/ Sherrie E. Voyles
                                    One of Plaintiffs' Attorneys

Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

I, Sherrie E. Voyles, an attorney, certify that on January 24, 2008, I caused a copy of the foregoing document to be served via first class mail, postage prepaid upon the party listed above.

                                    s/ Sherrie E. Voyles
                                    Sherrie E. Voyles