## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6782 | **DATE** | 2/20/2008 |
| **CASE TITLE** | United Food and Commercial Workers International Union-Industry Pension Fund, et al. vs. Gepperth's Meat Market, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/20/2008. Plaintiffs' motion for default judgment [9] is granted. Enter Order and Final Judgment. Judgment is entered against defendant Gepperth's Meat Market, Inc. in the total amount of $910.40. The Court will retain jurisdiction to enforce the Final Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|