UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEPPERTH'S MEAT MARKET, INC., <br><br> Defendant. | Civil Action No. 1:07-cv-06782 <br><br> Judge Castillo |

### ORDER AND FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and of the supporting affidavits and exhibits, and following due notice to Defendant, it is hereby:

ORDERED that the motion is granted and that final judgment be entered in favor of United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees, Anthony M. Perrone, William T. McDonough, David S. Blitzstein, Brian A. Petronella, Roger Robinson, Kenneth R. Boyd, Walter B. Blake, William M. Vaughn, III, Stephen T. Brown, Robert J. Flacke, Richard A. Manka, and Richard D. Cox (collectively, the "Fund") as follows:

  1.  Judgment in the minimum amount of $910.40, representing at least $76.98 for delinquent contributions for the month of December 2007; $46.06 for late contributions for the months of June 2007 through October 2007; liquidated damages in the amount of $15.40; and $771.96 for attorneys' fees and costs incurred by Plaintiffs from August 6, 2007 through January 14, 2008; provided, that Plaintiffs shall have the right to seek a supplemental judgment for any

1

and all amounts that become due during pendency of this case and any additional attorneys' fees or costs incurred in the collection of contributions owed for the periods set out in this Order.

2. Interest on the above judgment amounts at the rate permitted by 28 U.S.C. Section 1961 from the date of judgment to the date paid.

It is also hereby ORDERED that Defendant is hereby ordered to:

1. Submit contributions due and owing at the time of entry of this Order and Final Judgment, with interest, liquidated damages, and attorneys' fees and costs pursuant to the Employee Retirement Income Security Act, 29 U.S.C. Section 1001, et seq; and

2. Pay to the Fund all monies that Defendant is obligated to pay under its collective bargaining agreement, participation employer agreement and the governing documents of the Fund.

Since Plaintiffs have relied on information provided by Defendant or by third parties to determine the delinquency for the month of December 2007, Plaintiffs shall have the right to recover any additional unpaid principal which they may discover is owed for these months, with statutory relief and penalties as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

United States District Judge

2/20/08

84842

2