UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:07-cv-06782 |
| v. | ) ) | Judge Castillo |
| GEPPERTH'S MEAT MARKET, INC., | ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF'S MOTION FOR RELEASE OF FUNDS

Pursuant to Fed.R.Civ.P. ("Rule") 69 and 735 ILCS § 5/2-1402, Plaintiffs, by and through their attorneys at Jacobs Burns Orlove Stanton and Hernandez, move this honorable Court for an Order directing North Community Bank to release to the Funds the amount of $910.40 from Defendant's account. Plaintiffs state in support:

1.  Judgment in this matter was entered by the Court on January 24, 2008 in the amount of $910.40.

2.  Defendant has failed to satisfy the judgment.

3.  The Funds took action in execution on the judgment and caused to be issued by the Clerk of Court a Citation to Discover Assets to North Community Bank with timely and proper notice to Defendants in accordance with 735 ILCS § 5/2-1402(b).

4.  The Funds incurred $2,142.00 in attorney's fees and costs executing on the judgment.

5.  North Community Bank has requested that the Funds provide an Order

from this Court directing them to release the $910.40 to the Plaintiff.

      6.      A proposed Order is attached hereto as Exhibit 1.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order directing North Community Bank to release to the Funds $910.40 from the account of Defendant.

            Respectfully submitted,

            /s/ Sherrie E. Voyles
            One of Plaintiff's Attorneys


Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

# EXHIBIT 1

Case 1:07-cv-06782    Document 15    Filed 08/18/2008    Page 3 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., ) ) ) ) Plaintiffs, ) ) vi. ) ) GEPPERTH'S MEAT MARKET, INC., ) ) Defendant. ) ) | Civil Action No. 1:07-cv-06782 Judge Castillo |

**ORDER**

This matter having come before the Court on Plaintiffs' Motion for Release of Funds, the Court having jurisdiction over the parties and subject matter, and having been duly advised in the premises, it is hereby ORDERED:

(a) That Third Party Citation Respondent, North Community Bank shall release to the Plaintiffs the sum of $910.40 held in account the account of Defendant. Payment shall be made by wire transfer (account information to be provided by the Funds) or by mailing a check in that amount made payable to the "United Food and Commercial Workers National Pension Fund" to the following address within 7 days of this Order's entry: Sherrie E. Voyles, Jacobs Burns Orlove Stanton & Hernandez, 122 S. Michigan Avenue, Suite 1720, Chicago, Illinois 60603-6145;

(b) That upon the wire transfer of the funds or the clearing of the check in the amount of $910.40, the Citation directed to North Community Bank is hereby released and dismissed.

Entered:_____          _____
                                                                Judge Castillo