UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEPPERTH'S MEAT MARKET, INC., <br><br> Defendant. | Civil Action No. <br><br> 1:07-cv-06782 <br><br> Judge Castillo |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008, at 9:45 a.m., I shall appear before the Honorable Judge Ruben Castillo in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Release of Funds**, a copy of which is attached hereto.

Respectfully submitted,

/s/  Sherrie E. Voyles
One of Plaintiffs' Attorneys


Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

**CERTIFICATE OF SERVICE**

      I certify that on August 18, 2008, I electronically filed the foregoing NOTICE OF PLAINTIFF'S MOTION FOR RELEASE OF FUNDS with the Clerk of the Court using the CM/ECF system; however, there are no attorneys of record who will be sent electronic notification of such filing.

      I certify that on August 18, 2008, I caused a copy of the attached NOTICE OF PLAINTIFF'S MOTION FOR RELEASE OF FUNDS to be sent via first case mail to:

Allen C. Wesolowski
Martin & Karcazes, LTD
161 North Clark Street
Suite 550
Chicago, Illinois 60601

Gepperth's Meat Market
Otto Demke
452 Stewart Avenue
Chicago, IL 60068

                                               /s/ Sherrie E. Voyles