**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United Food And Commercial Workers International
Union−Industry Pension Fund, et al.

                                    Plaintiff,

v.                                          Case No.:
                                            1:07−cv−06782
                                            Honorable Ruben Castillo

Gepperth's Meat Market Inc

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' motion for release of funds [15] is granted. Signature Order to follow. Motion hearing set for 8/26/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.