# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6782 | **DATE** | 8/22/2008 |
| **CASE TITLE** | United Food and Commercial Workers Int'l. Union-Industry Pension Fund, et al. Vs. Gepperth's Meat Market, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Order. Third Party Citation Respondent, North Community Bank shall release to the Plaintiffs the sum of $910.40 held in the account of Defendant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 22 PM 2:33
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|