M/H/N

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vi. <br><br> GEPPERTH'S MEAT MARKET, INC., <br><br> Defendant. | Civil Action No. <br><br> 1:07-cv-06782 <br><br> Judge Castillo |

### ORDER

This matter having come before the Court on Plaintiffs' Motion for Release of Funds, the Court having jurisdiction over the parties and subject matter, and having been duly advised in the premises, it is hereby ORDERED:

(a) That Third Party Citation Respondent, North Community Bank shall release to the Plaintiffs the sum of $910.40 held in account the account of Defendant. Payment shall be made by wire transfer (account information to be provided by the Funds) or by mailing a check in that amount made payable to the "United Food and Commercial Workers National Pension Fund" to the following address within 7 days of this Order's entry: Sherrie E. Voyles, Jacobs Burns Orlove Stanton & Hernandez, 122 S. Michigan Avenue, Suite 1720, Chicago, Illinois 60603-6145;

(b) That upon the wire transfer of the funds or the clearing of the check in the amount of $910.40, the Citation directed to North Community Bank is hereby released and dismissed.

Entered: 8/22/08

Judge Castillo